1  SEYFARTH SHAW LLP
   Kristina M. Launey (SBN 221335)
2  klauney@seyfarth.com
   Jason D. Glenn (SBN 244470)
3  jglenn@seyfarth.com
   400 Capitol Mall, Suite 2300
4  Sacramento, California 95814-4428
   Telephone: (916) 448-0159
5  Facsimile: (916) 558-4839

6  Attorneys for Defendant
   INOVIS USA, INC.
7  (erroneously sued as "INOVIS, INC.")

8

   WALKER, HAMILTON & KOENIG, LLP
9  Timothy M. Hamilton (SBN 90270)
   tim@walkerhamiltonwhite.com
10 50 Francisco Street, Suite 460
   San Francisco, California 94133-2100
11 Telephone:  (415) 986-3339
   Facsimile:  (415) 986-1618
12
   Attorneys for Plaintiff
13 GAURI TANDAVAN

14
                    UNITED STATES DISTRICT COURT
15
                    NORTHERN DISTRICT OF CALIFORNIA
16

17
   GAURI TANDAVAN                        )   Case No. 3:09-cv-02486-MMC
18                                        )
              Plaintiff,                  )
19                                        )
         v.                               )   **STIPULATION RE SUBSTITUTION**
20                                        )   **OF DEFENDANT AND**
   INOVIS, INC. AND DOES 1 THROUGH        )   [PROPOSED] **ORDER THEREON**
21 100, INCLUSIVE,                        )
                                          )   **JUDGE:** Hon. Maxine M. Chesney
22            Defendants.                 )
                                          )
23 _____)

24

25

26

27

28
   _____
                STIPULATION RE SUBSTITUTION OF DEFENDANTS
   SC1 17106210.2                              Case No. 3:09-cv-02486-MMC

Plaintiff Gauri Tandavan and Defendant Inovis, Inc., through their respective attorneys of record, hereby stipulate as follows:

1. Inovis USA, Inc, is the entity that employed plaintiff at all times relevant to this action, and is therefore the proper defendant in this action arising out of plaintiff's employment.

2. The parties therefore agree to substitute Inovis USA, Inc. in place of Inovis, Inc. as the defendant in this matter.

DATED: September 3, 2009          SEYFARTH SHAW LLP


By  /s/ Kristina M. Launey
     Kristina M. Launey
     Jason D. Glenn
Attorneys for Defendant
INOVIS USA, INC. (erroneously sued as INOVIS, INC.)

DATED: September 3, 2009          WALKER, HAMILTON & KOENIG, LLP


By  /s/ Timothy M. Hamilton
     Timothy M. Hamilton
Attorneys for Plaintiff
GAURI TANDAVAN

### ORDER

Based on the stipulation of the parties, and good cause presented therein, Inovis USA, Inc. will be substituted in place of Inovis, Inc. as the defendant in this matter.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: September 4, 2009

The Honorable Maxine M. Chesney
United States District Judge