| | |
|---|---|
| 1 | SEYFARTH SHAW LLP |
| | Kristina M. Launey (SBN 221335) |
| 2 | klauney@seyfarth.com |
| | Jason D. Glenn (SBN 244470) |
| 3 | jglenn@seyfarth.com |
| | 400 Capitol Mall, Suite 2300 |
| 4 | Sacramento, California 95814-4428 |
| | Telephone: (916) 448-0159 |
| 5 | Facsimile: (916) 558-4839 |
| 6 | Attorneys for Defendant |
| | INOVIS USA, INC. |
| 7 | |
| 8 | WALKER, HAMILTON & KOENIG, LLP |
| | Timothy M. Hamilton (SBN 90270) |
| 9 | tim@walkerhamiltonwhite.com |
| | 50 Francisco Street, Suite 460 |
| 10 | San Francisco, California 94133-2100 |
| | Telephone: (415) 986-3339 |
| 11 | Facsimile: (415) 986-1618 |
| 12 | Attorneys for Plaintiff |
| | GAURI TANDAVAN |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| GAURI TANDAVAN, | ) | Case No. 3:09-cv-02486-MMC |
| Plaintiff, | ) | |
| v. | ) | **STIPULATION TO EXTEND TIME TO MEDIATE AND [PROPOSED] ORDER THEREON** |
| INOVIS, INC. AND DOES 1 THROUGH 100, INCLUSIVE, | ) | |
| Defendants. | ) | **JUDGE:** Hon. Maxine M. Chesney |

STIPULATION TO EXTEND TIME TO MEDIATE

SC1 17107629.1                                               Case No. 3:09-cv-02486-MMC

Plaintiff Gauri Tandavan and Defendant Inovis USA, Inc., pursuant to Northern District ADR Local Rule 6-5, Civil Local Rule 7-12, and through their respective attorneys of record, hereby stipulate as follows:

1. On August 24, 2009, the parties were ordered to mediation. The deadline to complete the mediation is 90 days from the date of that order, or November 20, 2009.

2. The parties have agreed to each take one deposition prior to the mediation, and have been working with counsel in a parallel workers' compensation case to coordinate dates for those depositions. The depositions are tentatively scheduled for December 9-11, 2009.

3. The parties held their pre-mediation conference call with mediator Samuel Miller on October 20, 2009, and informed him of the above. The mediator and parties agreed to set the mediation to occur on January 13, 2010, subject to this Court's approval of this stipulation and order.

4. In light of the above, the parties propose the new deadline to complete mediation be January 29, 2010.

DATED: October 28, 2009              SEYFARTH SHAW LLP


                                     By  /s/ Kristina M. Launey
                                         Kristina M. Launey
                                     Attorneys for Defendant
                                     INOVIS USA, INC.

DATED: October 28, 2009              WALKER, HAMILTON & KOENIG, LLP


                                     By  /s/ Timothy M. Hamilton
                                         Timothy M. Hamilton
                                     Attorneys for Plaintiff
                                     GAURI TANDAVAN

///
///
///
///
///
///
///

## ORDER

Based on the stipulation of the parties, and good cause presented therein, the Court hereby extends the deadline by which the parties must complete mediation to January 29, 2010.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: November 4, 2009

_/s/ Maxine M. Chesney_
The Honorable Maxine M. Chesney
United States District Judge