SEYFARTH SHAW LLP
Kristina M. Launey (SBN 221335)
klauney@seyfarth.com
Jason D. Glenn (SBN 244470)
jglenn@seyfarth.com
400 Capitol Mall, Suite 2300
Sacramento, California 95814-4428
Telephone: (916) 448-0159
Facsimile: (916) 558-4839

Attorneys for Defendant
INOVIS USA, INC.


WALKER, HAMILTON & KOENIG, LLP
Timothy M. Hamilton (SBN 90270)
tim@walkerhamiltonwhite.com
50 Francisco Street, Suite 460
San Francisco, California 94133-2100
Telephone:  (415) 986-3339
Facsimile:  (415) 986-1618

Attorneys for Plaintiff
GAURI TANDAVAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GAURI TANDAVAN,<br><br>　　　　Plaintiff,<br><br>v.<br><br>INOVIS, INC. AND DOES 1 THROUGH 100, INCLUSIVE,<br><br>　　　　Defendants. | Case No. 3:09-cv-02486-MMC<br><br>**STIPULATION TO EXTEND TIME TO MEDIATE AND [PROPOSED] ORDER THEREON**<br><br>**JUDGE:** Hon. Maxine M. Chesney |

---

STIPULATION TO EXTEND TIME TO MEDIATE

SC1 17107629.1                                                                                         Case No. 3:09-cv-02486-MMC

Plaintiff Gauri Tandavan and Defendant Inovis USA, Inc., pursuant to Northern District ADR Local Rule 6-5, Civil Local Rule 7-12, and through their respective attorneys of record, hereby stipulate as follows:

1. On August 24, 2009, the parties were ordered to mediation. The deadline to complete the mediation is 90 days from the date of that order, or November 20, 2009.

2. The parties have agreed to each take one deposition prior to the mediation, and have been working with counsel in a parallel workers' compensation case to coordinate dates for those depositions. The depositions are tentatively scheduled for December 9-11, 2009.

3. The parties held their pre-mediation conference call with mediator Samuel Miller on October 20, 2009, and informed him of the above. The mediator and parties agreed to set the mediation to occur on January 13, 2010, subject to this Court's approval of this stipulation and order.

4. In light of the above, the parties propose the new deadline to complete mediation be January 29, 2010.

DATED: October 28, 2009                  SEYFARTH SHAW LLP


By  /s/ Kristina M. Launey
          Kristina M. Launey
Attorneys for Defendant
INOVIS USA, INC.

DATED: October 28, 2009                  WALKER, HAMILTON & KOENIG, LLP


By  /s/ Timothy M. Hamilton
          Timothy M. Hamilton
Attorneys for Plaintiff
GAURI TANDAVAN

///
///
///
///
///
///
///

**ORDER**

Based on the stipulation of the parties, and good cause presented therein, the Court hereby extends the deadline by which the parties must complete mediation to January 29, 2010.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: November 4, 2009

The Honorable Maxine M. Chesney
United States District Judge